IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC and MESSAGE ROUTES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 09-234 (SLR) ) |
| SKYPE TECHNOLOGIES SA and SKYPE, INCORPORATED, | ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(e), defendants Skype Technologies SA and Skype, Incorporated (collectively, "Skype") hereby move to dismiss the Complaint for failure to state a claim upon which relief can be granted, or in the alternative, for a more definite statement. The grounds for this motion are set forth in Skype's opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew C. Mayo*

Jack B. Blumenfeld (#1014)
Andrew C. Mayo (#5207)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
amayo@mnat.com

*Attorneys for Defendants Skype Technologies, SA and Skype, Incorporated*

July 31, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard D. Kirk, Esquire
>Stephen B. Brauerman, Esquire
>BAYARD, P.A.

I further certify that I caused copies of the foregoing document to be served on July 31, 2009, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Gaspare J. Bono, Esquire<br>Song K. Jung, Esquire<br>Rel S. Ambrozy, Esquire<br>MCKENNA LONG & ALDRIGE LLP<br>1900 K Street, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |

*/s/ Andrew C. Mayo*
_____
Andrew C. Mayo (#5207)