IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIDOS COMMUNICATIONS, LLC and MESSAGE ROUTES, LLC, | ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | Civ. No. 09-234-SLR |
| SKYPE TECHNOLOGIES SA and SKYPE, INCORPORATED, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 24th day of February, 2010, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion to dismiss or, in the alternative, for a more definite statement (D.I. 9) is granted, to wit:

2. Plaintiffs shall amend their complaint on or before March 9, 2010.

3. If no amended complaint is filed, this action will be dismissed.

United States District Judge