IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC, and MESSAGE ROUTES, LLC<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SKYPE TECHNOLOGIES SA, and SKYPE, INCORPORATED,<br><br>　　　　　　　　　Defendants. | C.A. No. 09-234-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on September 30, 2011, copies of: **(**1) **PLAINTIFFS' RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES (NOS. 7-11)**

and (2) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com


**BY EMAIL AND FIRST CLASS MAIL**

Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
Parker C. Ankrum
Kasowitz Benson Torres & Friedman LLP
101 California Street, Suite 2300,
San Francisco, CA 94111

| | |
|---|---|
| September 30, 2011 | BAYARD, P.A. |
| OF COUNSEL:<br><br>Gaspare J. Bono<br>Song K. Jung<br>Rel S. Ambrozy<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, D.C.  20006<br>(202) 496-7500 | /s/ *Stephen B. Brauerman (sb4952)*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 429-4208<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>Attorneys for Plaintiff Eidos Communications, LLC and Message Routes, LLC |