## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

EIDOS COMMUNICATIONS, LLC and :
MESSAGE ROUTES, LLC, :
                       :
           Plaintiffs, :
                       :
      v. :  C. A. No. 09-234-SLR-MPT
                       :
SKYPE TECHNOLOGIES, SA and :
SKYPE, INCORPORATED, :
                       :
           Defendants. :

## ORDER

At Wilmington this **17th** day of **November, 2011**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 30, 2011 at 11:30 a.m. Eastern Time** with Magistrate Judge Thynge to address a discovery matter.  **Rodger D. Smith, II, Esquire shall initiate the teleconference call to 302-573-6173.**

Counsel are reminded to follow the provisions set forth in the Court's Order dated December 15, 2010 (D.I. 40).  The initial letter(s) shall be due no later than **Monday, November 28, 2011 at 11:30 a.m.**  The responsive letter(s) shall be due no later than **Tuesday, November 29, 2011 at 11:30 a.m.**  Courtesy copies shall be **Hand Delivered** to the Clerk's Office **within one hour of e-filing.**  The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE