IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC and MESSAGE ROUTES, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>SKYPE TECHNOLOGIES, SA and SKYPE, INCORPORATED,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 09-234 (SLR) (MPT)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT SKYPE, INC.'S**
**<u>SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Skype, Inc. hereby makes the following disclosures:

1. Microsoft Corporation is a publicly traded corporation, which owns more than 10% of Skype Global S.A.R.L.  Skype Global S.A.R.L., through additional subsidiaries, is the parent corporation of Springboard Acquisition Corp., which is the parent corporation of Skype, Inc.

2. No publicly held corporation directly owns 10% or more of the stock of Skype, Inc.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Rodger D. Smith II* |
|  | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com |
| OF COUNSEL:<br><br>Douglas E. Lumish<br>Jeffrey G. Homrig<br>Joseph B. Shear<br>Parker C. Ankrum<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br><br>November 22, 2011<br>4619654.1 | *Attorneys for Defendants Skype Technologies, SA and Skype, Incorporated* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> BAYARD, P.A.

I further certify that I caused copies of the foregoing document to be served on November 22, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Gaspare J. Bono, Esquire<br>Song K. Jung, Esquire<br>Rel S. Ambrozy, Esquire<br>MCKENNA LONG & ALDRIGE LLP<br>1900 K Street, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)