IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS LLC and MESSAGE ROUTES LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 09-234 (SLR) (MPT) ) |
| SKYPE TECHNOLOGIES SA and SKYPE, INCORPORATED, | ) ) ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the address of KASOWITZ,
BENSON, TORRES & FRIEDMAN LLP, counsel of record for defendants, is 333 Twin Dolphin
Drive, Suite 200, Redwood Shores, CA  94065.  The new telephone number is (650) 453-5170
and the new facsimile number is (650) 453-5171.  The e-mail addresses of the firm will remain
the same.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
Parker C. Ankrum
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA  94065
(650) 453-5170

*Attorneys for Defendants Skype Technologies,
SA and Skype, Incorporated*

November 23, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> BAYARD, P.A.

I further certify that I caused copies of the foregoing document to be served on November 23, 2011, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                        *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Gaspare J. Bono, Esquire                                        *VIA ELECTRONIC MAIL*
Song K. Jung, Esquire
Rel S. Ambrozy, Esquire
MCKENNA LONG & ALDRIGE LLP
1900 K Street, NW
Washington, DC  20006

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)