# THIS DOCUMENT IS CONFIDENTIAL AND WAS FILED UNDER SEAL

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY COURT ORDER