## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC and MESSAGE ROUTES, LLC, | : : : |
| Plaintiffs, | : : |
| v. | : C. A. No. 09-234-SLR-MPT : |
| SKYPE TECHNOLOGIES, SA and SKYPE, INCORPORATED, | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **13th** day of **December, 2011**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, December 22, 2011 at 11:30 a.m. Eastern Time** with Magistrate Judge Thynge to address the parties' discovery dispute. No further submissions are permitted. **Rodger D. Smith, II, Esquire shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE