# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

EIDOS COMMUNICATIONS, LLC and          :
MESSAGE ROUTES, LLC,                    :
                                        :
               Plaintiffs,          :
                                        :
    v.                                :          C. A. No. 09-234-SLR-MPT
                                        :
SKYPE TECHNOLOGIES, SA and              :
SKYPE, INCORPORATED,                    :
                                        :
           Defendants.          :

## ORDER

At Wilmington this **22nd** day of **December, 2011.**

The Court having held a teleconference with counsel to address the discovery issues contained in the parties' submissions (D.I. 75 and 76),

IT IS ORDERED that the transcript of the discussions and rulings during the teleconference of December 22, 2011, shall serve as the Order of the Court in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE