IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC, and MESSAGE ROUTES, LLC<br><br>                Plaintiffs,<br><br>     v.<br><br>SKYPE TECHNOLOGIES SA, and SKYPE, INCORPORATED,<br><br>                Defendants. | C.A. No. 09-234-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on January 6, 2012, copies of: (1) **EIDOS COMMUNICATIONS, LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)**; (2) **MESSAGE ROUTES, LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

**BY EMAIL AND FIRST CLASS MAIL**

Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
Parker C. Ankrum
Kasowitz Benson Torres & Friedman LLP
101 California Street, Suite 2300,
San Francisco, CA 94111

January 6, 2012

OF COUNSEL:

Gaspare J. Bono
Song K. Jung
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C.  20006
(202) 496-7500

BAYARD, P.A.

 /s/ *Richard D. Kirk (rk0922)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

Attorneys for Plaintiff Eidos Communications, LLC and Message Routes, LLC

2