IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS LLC and MESSAGE ROUTES LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 09-234 (SLR) ) |
| SKYPE TECHNOLOGIES SA and SKYPE, INCORPORATED, | ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY AND SCHEDULING DISPUTE**

Plaintiffs Eidos Communications LLC and Message Routes LLC (collectively, "Eidos") and Defendants Skype Technologies SA and Skype, Incorporated (collectively, "Skype") respectfully moved this Court to schedule a teleconference to address outstanding discovery and scheduling disputes.

As a result of a previous teleconference with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order on Discovery Matters during a teleconference on February 6, 2012, at 12:30 p.m. with counsel for Skype to initiate the call.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard D. Kirk* | */s/ Rodger D. Smith II* |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Rodger D. Smith II (#3778) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | rsmith@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

5012412.1