# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC and MESSAGE ROUTES, LLC, : : : | |
| Plaintiffs, : : | |
| v. : | C. A. No. 09-234-SLR-MPT |
| SKYPE TECHNOLOGIES, SA and SKYPE, INCORPORATED, : : : | |
| Defendants. : | |

## ORDER

At Wilmington this **27th** day of **January, 2012**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, February 6, 2012 at 12:30 p.m. Eastern Time** with Magistrate Judge Thynge to address a discovery matter. **Rodger D. Smith, II, Esquire shall initiate the teleconference call to 302-573-6173.**

Counsel are reminded to follow the provisions set forth in the Court's Order dated December 15, 2010 (D.I. 40). The initial letter(s) shall be due no later than **Thursday, February 2, 2012 at 12:30 p.m.** The responsive letter(s) shall be due no later than **Friday, February 3, 2012 at 12:30 p.m.** Courtesy copies shall be **Hand Delivered** to the Clerk's Office **within one hour of e-filing.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE