**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC, and MESSAGE ROUTES, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>SKYPE TECHNOLOGIES SA, and SKYPE, INCORPORATED,<br><br>    Defendants. | C.A. No. 09-234-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE THAT, on February 3, 2012, copies of: (1) **PLAINTIFFS' RESPONSES TO DEFENDANTS' THIRD SET OF INTERROGATORIES (NOS. 12-17)**; (2) **PLAINTIFFS' SECOND SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES (NOS. 1-2)**; (3) **PLAINTIFFS' SECOND SUPPLEMENTAL RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES (NO. 6)**; and (4) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**
Jack B. Blumenfeld
Rodger D. Smith, II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
Parker C. Ankrum
Kasowitz Benson Torres & Friedman LLP
101 California Street, Suite 2300,
San Francisco, CA 94111

February 3, 2012

OF COUNSEL:

Gaspare J. Bono
Song K. Jung
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

BAYARD, P.A.

 /s/ *Stephen B. Brauerman (sb4952)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

Attorneys for Plaintiff Eidos Communications, LLC and Message Routes, LLC