IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC and MESSAGE ROUTES, LLC, | : : : |
| Plaintiffs, | : : |
| v. | : C. A. No. 09-234-SLR-MPT : |
| SKYPE TECHNOLOGIES, SA and SKYPE, INCORPORATED, | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **7th** day of **February, 2012**.

IT IS ORDERED that the transcript of the discussions and rulings during the teleconference held on February 6, 2012 with Judge Thynge shall serve as the Order of the Court in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE