IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS LLC and<br>MESSAGE ROUTES LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>SKYPE TECHNOLOGIES SA and<br>SKYPE, INCORPORATED,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 09-234 (SLR)<br>)<br>)<br>)<br>)<br>) |

**ORDER AMENDING SCHEDULING ORDER**

At Wilmington, Delaware this ____ day of February 2012, based on the status of the case and discovery that remains to be completed, and for the reasons discussed in the February 6, 2012 teleconference with counsel, the Court hereby **ORDERS** that the following deadlines shall replace the previous corresponding deadlines in the Court's Scheduling Order (D.I. 39):

    **2.**    **Discovery.**

        (c)    All fact discovery shall be commenced in time to be completed by **May 24, 2012**.

        (d)    Expert discovery shall be commenced in time to be completed by **August 3, 2012.**

        (1)    Expert Reports on issues for which the parties have the burden of proof due **June 18, 2012**. Rebuttal expert reports due **July 23, 2012**.

        (3)    All *Daubert* motions shall be filed on or before **August 6, 2012**.

    **5.**    **Claim Construction Issue Identification.**  If the court does not find that an earlier claim construction would be helpful in resolving the case, the parties shall exchange lists of those claim terms that they believe need construction and their proposed claim construction of

-2-

those terms on **April 13, 2012**.  This document will not be filed with the Court.  Subsequent to exchanging such lists, the parties will meet and confer to prepare a Joint Claim Construction Statement to be submitted pursuant to paragraph 7 below.

      7.      **Claim Construction.**  Lawyers must identify, during the claim construction phase of the case, any claim language that will have a meaning to a person of ordinary skill in the art that differs from the ordinary meaning.  Any language not so identified will be construed according to its ordinary dictionary meaning.  The parties shall agree upon and file the Joint Claim Construction Statement on **June 1, 2012**, with the claim chart separately docketed.  The other deadlines in paragraph 7 of the Scheduling Order remain in effect.

All other deadlines not addressed in this Order, and all other aspects of the original Scheduling Order (D.I. 39), shall continue to apply as set forth in that Scheduling Order.

 

_____
United States Magistrate Judge