# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

REDACTED PUBLIC VERSION - February 14, 2012

February 6, 2012

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

Re: *Eidos Communications, LLC, et al. v. Skype Technologies, SA, et al.*
C.A. No. 09-234 (SLR) (MPT)

Dear Judge Thynge:

I am writing on behalf of defendants in anticipation of the discovery conference scheduled for today at 12:30 p.m. Enclosed are the supplemental infringement contentions produced by plaintiffs on Friday, February 3.

Respectfully,

Rodger D. Smith II

RDS/lm
Enclosure
cc: All Counsel of Record (by e-mail)

# ATTACHMENT

# REDACTED IN ITS ENTIRETY