IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIDOS COMMUNICATIONS LLC and MESSAGE ROUTES LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 09-234 (SLR) (MPT) |
| SKYPE TECHNOLOGIES SA and SKYPE, INCORPORATED, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of 1) *Skype, Inc.'s Responses and Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition*; and 2) *Skype Technologies SA's Responses and Objections to Plaintiffs' Notice of Rule 30(6) Deposition* were caused to be served on February 16, 2012, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                    *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Gaspare J. Bono, Esquire                                                 *VIA ELECTRONIC MAIL*
Song K. Jung, Esquire
Rel S. Ambrozy, Esquire
MCKENNA LONG & ALDRIGE LLP
1900 K Street, NW
Washington, DC  20006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendants Skype Technologies,
SA and Skype, Incorporated*

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
Parker C. Ankrum
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA  94065

February 16, 2012
2920854

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 16, 2012, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                           *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Gaspare J. Bono, Esquire                                          *VIA ELECTRONIC MAIL*
Song K. Jung, Esquire
Rel S. Ambrozy, Esquire
MCKENNA LONG & ALDRIGE LLP
1900 K Street, NW
Washington, DC  20006

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)