IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS LLC and MESSAGE ROUTES LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SKYPE TECHNOLOGIES SA and SKYPE, INCORPORATED, )<br>)<br>Defendants. ) | C.A. No. 09-234 (SLR) (MPT) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Skype's Third Supplemental Response to Plaintiffs' Interrogatory No. 11 and Second Supplemental Response to Plaintiffs' Interrogatory No. 12* were caused to be served on February 21, 2012, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                                 VIA ELECTRONIC MAIL
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Gaspare J. Bono, Esquire                                                                VIA ELECTRONIC MAIL
Song K. Jung, Esquire
Rel S. Ambrozy, Esquire
MCKENNA LONG & ALDRIGE LLP
1900 K Street, NW
Washington, DC  20006

                                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                        */s/ Rodger D. Smith II*

                                                        Jack B. Blumenfeld (#1014)
                                                        Rodger D. Smith II (#3778)
                                                        1201 North Market Street
                                                        P.O. Box 1347
                                                        Wilmington, DE  19899
                                                        (302) 658-9200
                                                        jblumenfeld@mnat.com
                                                        rsmith@mnat.com

                                                        *Attorneys for Defendants Skype Technologies,*
                                                        *SA and Skype, Incorporated*

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
Parker C. Ankrum
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA  94065

February 21, 2012
2920854

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 21, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Gaspare J. Bono, Esquire<br>Song K. Jung, Esquire<br>Rel S. Ambrozy, Esquire<br>MCKENNA LONG & ALDRIGE LLP<br>1900 K Street, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)