IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC, and MESSAGE ROUTES, LLC<br><br>                    Plaintiffs,<br><br>v.<br><br>SKYPE TECHNOLOGIES SA, and SKYPE, INCORPORATED,<br><br>                    Defendants. | Civil Action No. 09-234 (SLR) |

## **PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF ANDREW MACKS**

PLEASE TAKE NOTICE that the Plaintiffs Eidos Communications LLC and Message Routes LLC will take the deposition of Andrew Macks pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 30, on **April 25, 2012**, beginning at 9:30 A.M. or at a mutually agreed time. The deposition will take place at Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, or at another agreed location. The deposition will be taken before a notary public or court reporter, duly authorized to administer oaths and transcribe the testimony of the deponent. The deposition will be videotaped, will be reported using real-time transcription software, and will continue from day to day until completed or adjourned by the Court or stipulated by the parties.

You are invited to attend and cross examine.

| | |
|---|---|
| April 4, 2012 | BAYARD P.A. |
| | /s/ Stephen B. Brauerman |
| OF COUNSEL: | Richard D. Kirk, Esquire (rk0922) |
| | Stephen B. Brauerman, Esquire (sb4952) |
| Gaspare J. Bono, Esquire | 222 Delaware Avenue, Suite 900 |
| Song K. Jung, Esquire | P.O. Box 25130 |
| Rel S. Ambrozy, Esquire | Wilmington, DE 19899-5130 |
| Cass W. Christenson, Esquire | (302) 655-5000 |
| McKenna Long & Aldridge LLP | rkirk@bayardlaw.com |
| 1900 K Street, N.W. | sbrauerman@bayardlaw.com |
| Washington, D.C.  20006 | |
| (202) 496-7500 | *Attorneys for Plaintiff Eidos Communications LLC and Message Routes LLC* |