# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC, and MESSAGE ROUTES, LLC<br><br>                  Plaintiffs,<br><br>v.<br><br>SKYPE TECHNOLOGIES SA, and SKYPE, INCORPORATED,<br><br>                  Defendants. | Civil Action No. 09-234 (SLR) |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF VINCENT OBERLE**

PLEASE TAKE NOTICE that the Plaintiffs Eidos Communications LLC and Message Routes LLC will take the deposition of Vincent Oberle pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 30, on **April 24, 2012**, beginning at 9:30 A.M. or at a mutually agreed time. The deposition will take place at Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, or at another agreed lcoation. The deposition will be taken before a notary public or court reporter, duly authorized to administer oaths and transcribe the testimony of the deponent. The deposition will be videotaped, will be reported using real-time transcription software, and will continue from day to day until completed or adjourned by the Court or stipulated by the parties.

You are invited to attend and cross examine.

April 4, 2012

OF COUNSEL:

Gaspare J. Bono, Esquire
Song K. Jung, Esquire
Rel S. Ambrozy, Esquire
Cass W. Christenson, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 496-7500

BAYARD P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk, Esquire (rk0922)
Stephen B. Brauerman, Esquire (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Eidos Communications LLC and Message Routes LLC*