## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC and MESSAGE ROUTES, LLC, | : : : |
| Plaintiffs, | : : |
| v. | :  C. A. No. 09-234-SLR-MPT |
| SKYPE TECHNOLOGIES, SA and SKYPE, INCORPORATED, | : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **12th** day of **April, 2012**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, April 25, 2012 at 2:30 p.m. Eastern Time** with Magistrate Judge Thynge to address a discovery matter.  **Rodger D. Smith, II, Esquire shall initiate the teleconference call to 302-573-6173.**

Counsel are reminded to follow the provisions set forth in the Court's Order dated December 15, 2010 (D.I. 40).  The initial letter(s) shall be due no later than **Monday, April 23, 2012 at 2:30 p.m.**  The responsive letter(s) shall be due no later than **Tuesday, April 24, 2012 at 2:30 p.m.**  Courtesy copies shall be **Hand Delivered** to the Clerk's Office **within one hour of e-filing.**  The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE