IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS LLC and<br>MESSAGE ROUTES LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>SKYPE TECHNOLOGIES SA and<br>SKYPE, INCORPORATED,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 09-234 (SLR) (MPT)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF VINCENT SEDMAK

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Skype Technologies, SA and Skype, Incorporated will take the deposition of Vincent Sedmak.  The deposition will commence on May 7, 2012, at 9:00 a.m. at McKenna Long & Aldridge LLP, 1900 K Street, NW, Washington, DC  20006, or at another time and place agreed to by the parties, and will continue from day to day (excluding Saturdays, Sundays, and holidays) until completed or adjourned, consistent with the Federal Rules of Civil Procedure.  The deposition will take place before a notary public or other officer authorized to administer oaths in the respective district, and will be recorded by videotape and real-time transcription service.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Rodger D. Smith II*

                                        Jack B. Blumenfeld (#1014)
                                        Rodger D. Smith II (#3778)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                        jblumenfeld@mnat.com
                                        rsmith@mnat.com

                                        *Attorneys for Defendants Skype Technologies, SA and Skype, Incorporated*

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
Parker C. Ankrum
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065

April 16, 2012
5868383.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 16, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Gaspare J. Bono, Esquire<br>Song K. Jung, Esquire<br>Rel S. Ambrozy, Esquire<br>MCKENNA LONG & ALDRIGE LLP<br>1900 K Street, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)