IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS LLC and<br>MESSAGE ROUTES LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>SKYPE TECHNOLOGIES SA and<br>SKYPE, INCORPORATED,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 09-234 (SLR) (MPT)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants Skype Technologies, SA and Skype, Incorporated's First Supplemental Responses to Interrogatory Nos. 6, 20 (Formerly 18), 21 (Formerly 19), 22 (Formerly 20), 23 (Formerly 21), 25 (Formerly 23), 26 (Formerly 24), 27 (Formerly 25), 28 (Formerly 26), 30 (Formerly 28), 31 (Formerly 29), 33 (Formerly 30), 34 (Formerly 31)* were caused to be served on April 18, 2012, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                                         *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Gaspare J. Bono, Esquire                                                                             *VIA ELECTRONIC MAIL*
Song K. Jung, Esquire
Rel S. Ambrozy, Esquire
MCKENNA LONG & ALDRIGE LLP
1900 K Street, NW
Washington, DC 20006

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*

---

        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jblumenfeld@mnat.com
        rsmith@mnat.com

        *Attorneys for Defendants Skype Technologies, SA and Skype, Incorporated*

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
Parker C. Ankrum
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

April 18, 2012
2920854

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 18, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Gaspare J. Bono, Esquire<br>Song K. Jung, Esquire<br>Rel S. Ambrozy, Esquire<br>MCKENNA LONG & ALDRIGE LLP<br>1900 K Street, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)