IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS LLC and<br>MESSAGE ROUTES LLC,<br><br>          Plaintiffs,<br><br>    v.<br><br>SKYPE TECHNOLOGIES SA and<br>SKYPE, INCORPORATED,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 09-234 (SLR) (MPT)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Skype's Second Supplemental Responses to Interrogatory Nos. 1 and 2 and First Supplemental Responses to Interrogatory Nos. 3, 4, 8, 16, 17 (Formerly 16) (Text Data), 18 (Formerly 26) (Message Data), 19 (Formerly 17), and 29 (Formerly 27)*, were caused to be served on April 25, 2012, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                        *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Gaspare J. Bono, Esquire                                                         *VIA ELECTRONIC MAIL*
Song K. Jung, Esquire
Rel S. Ambrozy, Esquire
MCKENNA LONG & ALDRIGE LLP
1900 K Street, NW
Washington, DC 20006

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Rodger D. Smith II*

                    Jack B. Blumenfeld (#1014)
                    Rodger D. Smith II (#3778)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jblumenfeld@mnat.com
                    rsmith@mnat.com

                    *Attorneys for Defendants Skype Technologies, SA and Skype, Incorporated*

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
Parker C. Ankrum
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065

April 25, 2012
2920854

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 25, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Gaspare J. Bono, Esquire<br>Song K. Jung, Esquire<br>Rel S. Ambrozy, Esquire<br>MCKENNA LONG & ALDRIGE LLP<br>1900 K Street, NW<br>Washington, DC 20006 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)