IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIDOS COMMUNICATIONS, LLC, and MESSAGE ROUTES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>SKYPE TECHNOLOGIES SA, and SKYPE, INCORPORATED,<br><br>Defendants. | C.A. No. 09-234-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 27, 2012, copies of: (1) **PLAINTIFF EIDOS COMMUNICATIONS, LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**; (2) **PLAINTIFF MESSAGE ROUTES, LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Rodger Dallery Smith, II, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

**BY EMAIL AND BY FIRST CLASS MAIL**

Douglas E. Lumish, Esquire
Parker C. Ankrum, Esquire
Jeffrey G. Homrig, Esquire
Joseph B. Shear, Esquire
Kasowitz Benson Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, CA  94111

| | |
|---|---|
| April 27, 2012 | BAYARD, P.A. |
| | |
| OF COUNSEL: | /s/ Richard D. Kirk (rk0922) |
| | Richard D. Kirk (rk0922) |
| Gaspare J. Bono | Stephen B. Brauerman (sb4952) |
| Song K. Jung | 222 Delaware Avenue, Suite 900 |
| Rel S. Ambrozy | P.O. Box 25130 |
| Cass W. Christenson | Wilmington, DE 19899 |
| McKenna Long & Aldridge LLP | (302) 429-4208 |
| 1900 K Street, NW | rkirk@bayardlaw.com |
| Washington, D.C.  20006 | sbrauerman@bayardlaw.com |
| (202) 496-7500 | |
| | Attorneys for Plaintiff Eidos Communications, LLC and Message Routes, LLC |