

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4208  
Email: rkirk@bayardlaw.com

April 27, 2012

Honorable Mary Pat Thynge  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801-3555

      Re:    *Eidos Communications, LLC, et al. v. Skype Technologies, SA et al.,*  
             <u>C.A. No. 09-234-SLR-MPT</u>

Dear Judge Thynge:

      I write on behalf of Eidos Communications, LLC and Message Routes, LLC regarding the request to adjust the deadlines for certain discovery, as discussed with Your Honor during the April 25, 2012 hearing.

      After discussion with Skype's counsel, we are pleased to report that the parties were able to reach an agreement. Specifically, the parties have agreed on a proposed schedule to complete fact depositions and expert discovery. The parties respectfully submit the following proposal, for the Court's approval, to revise certain deadlines in the Order Amending Scheduling Order (D.I. 98):

      (1) The parties will complete fact depositions by June 11, 2012;

      (2) The parties will serve opening expert reports on July 2, 2012 (changed from June 18, 2012);

      (3) The parties will serve rebuttal expert reports on August 6, 2012 (changed from July 23, 2012); and

      (4) The parties will complete expert discovery by August 17, 2012 (changed from August 3, 2012); and

      (5) The parties will file any Daubert motions on or before August 24, 2013 (changed from August 6, 2012).

In addition, the parties confirm that, subject to the provisos discussed in the April 25 hearing: (1) Eidos will produce documents withheld on the basis of an asserted settlement-privilege, as discussed in the hearing, by May 9, 2012; and (2) Skype will complete its remaining document production, as discussed in the hearing, by May 15, 2012.

www.bayardlaw.com        Phone: (302) 655-5000        Fax: (302) 658-6395



Hon. Mary Pat Thynge<br>
April 27, 2012<br>
Page 2

Thank you in advance for Your Honor's consideration of this request.

    Respectfully submitted,

    /s/ *Richard D. Kirk*

    Richard D. Kirk (rk0922)

RDK
cc:   All Counsel